UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| WENDALL MOYE,<br>10809 Georgia Avenue, Apt. 202<br>Silver Springs, MD 20902<br><br>*Plaintiff*,<br><br>v.<br><br>**PRAMUKH SWAMI MANAGEMENT<br>LLC d/b/a PRESIDENT INN,**<br>1600 New York Avenue N.E.<br>Washington D.C., 20002<br><br>**Serve on:**<br>Bhupendra M. Patel<br>6423 Morning Time Lane<br>Clarksville, Maryland 21029<br><br>*Defendant*. | §§§§§§§§§§§§§§§§§§§§§<br><br>Civil Action No. _____<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF'S DESIGNATION OF EXPERTS

Plaintiff hereby discloses that the following experts may be called to testify in this case at trial:

Brady Edwards
EDWARDS BURNS & KRIDER LLP
1000 Louisiana, Suite 1300
Houston, Texas 77002

Mr. Edwards will testify as to the reasonableness, necessity and amount of attorneys' fees in this case. Mr. Edwards is an attorney licensed to practice law in the State of Texas. He has not prepared a report regarding Plaintiff's attorneys' fees; however he may testify concerning the reasonable and necessary attorneys' fees incurred by Plaintiff in the prosecution of this lawsuit. Mr. Edwards may also testify about the reasonableness and necessity of any attorneys' fees being claimed by Defendant in this matter. The basis of his opinion is his knowledge, skill, experience, training, and education with respect to civil litigation, in addition to his review of any documents provided to him. Mr. Edwards' resume is attached hereto as Exhibit A.

1

Sandra Thourot Krider
EDWARDS BURNS & KRIDER LLP
1000 Louisiana, Suite 1300
Houston, Texas 77002

Ms. Krider will testify as to the reasonableness, necessity and amount of attorneys' fees in this case. Ms. Krider is an attorney licensed to practice law in the State of Texas. She has not prepared a report regarding Plaintiff's attorneys' fees; however she may testify concerning the reasonable and necessary attorneys' fees incurred by Plaintiff in the prosecution of this lawsuit. Ms. Krider may also testify about the reasonableness and necessity of any attorneys' fees being claimed by Defendant in this matter. The basis of her opinion is her knowledge, skill, experience, training, and education with respect to civil litigation, in addition to her review of any documents provided to her. Ms. Krider's resume is attached hereto as Exhibit B.

Richard J. Burch
BRUCKNER BURCH, PLLC
5847 San Felipe, Suite 3900
Houston, Texas 77057

Mr. Burch will testify as to the reasonableness, necessity and amount of attorneys' fees in this case. Mr. Burch is an attorney licensed to practice law in the State of Texas. He has not prepared a report regarding Plaintiff's attorneys' fees; however he may testify concerning the reasonable and necessary attorneys' fees incurred by Plaintiff in the prosecution of this lawsuit. Mr. Burch may also testify about the reasonableness and necessity of any attorneys' fees being claimed by Defendant in this matter. The basis of his opinion is his knowledge, skill, experience, training, and education with respect to civil litigation, in addition to his review of any documents provided to him. Mr. Burch's resume is attached hereto as Exhibit C.

                                              Respectfully submitted,

                                              /s/ Steven A. Luxton / SAL by permission
                                              Steven A. Luxton
                                              D.C. Federal Bar No. 470468
                                              EDWARDS BURNS & KRIDER LLP
                                              201 North Charles Street, Suite 1402
                                              Baltimore, Maryland 21201
                                              410.454.0012
                                              410.454.0146 (facsimile)

                                              ATTORNEYS FOR PLAINTIFF MOYE

OF COUNSEL:

Brady Edwards
Sandra Thourot Krider
Patrick K.A. Elkins
EDWARDS BURNS & KRIDER LLP
1000 Louisiana, Suite 1300
Houston, Texas 77002
713.339.3233
713.339.2233 (facsimile)

Rex Burch
BRUCKNER BURCH PLLC
5847 San Felipe, Suite 3900
Houston, Texas 77057
713.877.8788
713.877.8065 (facsimile)

**BRADY EDWARDS**
1000 Louisiana, Suite 1300
Houston, Texas 77002
(713) 339-3233
bedwards@ebbllp.com

**EDUCATION**     <u>Baylor University School of Law – Waco, Texas</u>
Juris Doctorate Degree, *cum laude,* April 1995
Class Standing – Top 10%
Managing Editor, *Baylor Law Review*

<u>University of Texas – Austin, Texas</u>
Bachelor of Arts Degree in Government, December 1991

**EXPERIENCE**    <u>Edwards Burns & Krider, LLP – Houston, Texas</u>
Founding Partner – June 2001

<u>Baker Botts L.L.P.- Houston, Texas</u>
Associate, Trial Section, 1996-2001

- Prosecution and management of numerous Fair Labor Standards Act cases including collective actions involving several hundred of plaintiffs. Extensive deposition, discovery, motion practice, insurance negotiation, and mediation experience.

- Prosecution and defense of business tort cases in various industries as well as various contractual disputes

- Extensive experience in injunction litigation in state and federal courts.

- Successful defense, through trial and appeal, of President George W. Bush and Vice-President Richard Cheney in two presidential election contests arising from irregularities in absentee ballot request forms.

- Defense of power generator entities in numerous California consumer class action lawsuits involving market gaming allegations arising from California electricity crisis, including drafting of successful motion for creation of *In re California Electricity Antitrust Litigation*, MDL 1405.



|  |  |
|---|---|
|  | ♦ Defense of numerous premises liability, plant, and automobile accident, nuisance, and products liability matters involving personal injuries, deaths, and significant property damage claims. |
| **JUDICIAL CLERKSHIP** | <u>Law Clerk to the Honorable Richard A. Schell – Beaumont, Texas</u><br>Chief Judge |
| **ADMISSIONS** | State of Texas<br>Northern, Southern, Eastern and Western Districts of Texas<br>United States Court of Appeals for the Fifth Circuit<br>United States Supreme Court |

**SANDRA THOUROT KRIDER**
1000 Louisiana, Suite 1300
Houston, Texas 77002
(713) 339-3233
(713) 339-2233 (fax)
skrider@ebkllp.com

**EDUCATION**

University of Chicago
Juris Doctorate Degree, *with honors*, 1998
Mandel Legal Aid Clinic, Mental Health Law Project

University of Arizona
Bachelor of Arts Degree, *summa cum laude*, 1995
Phi Beta Kappa
Phi Kappa Phi

**EXPERIENCE**

Edwards Burns & Krider LLP
Partner, January 2005-present
Associate, January 2002-December 2004

Baker Botts L.L.P.
Associate, September 1998-December 2001

- Extensive experience with complex motions and appellate matters in state and federal courts, including oral arguments before the First, Seventh, Ninth and Fourteenth Courts of Appeals in Texas and the United States Court of Appeals for the Fifth Circuit.

- Lead counsel in the United States Supreme Court for the National Employment Lawyers Association and other organization, *amici curiae* in *Tum v. Barber Foods* (a case concerning what time is compensable under the Fair Labor Standards Act).

- Lead counsel in numerous matters before the Texas Supreme Court.

- Prosecution and management of numerous Fair Labor Standards Act cases, including collective actions involving several hundred plaintiffs.

- Prosecution and defense of business tort cases in various industries as well as various contractual disputes.

EXHIBIT B

- Defense of numerous premises liability, plant, nuisance, and products liability matters involving personal injuries, deaths, and significant property damage claims.

**ADMISSIONS**
State of Texas
United States District Court for the Southern District of Texas
United States District Court for the Northern District of Texas
United States District Court for the Eastern District of Texas
United States Court of Appeals for the Fifth Circuit
United States Supreme Court

**HONORS**
Named a Rising Star in *Texas Monthly* magazine
Named one of the "Lawyers on the Fast Track 2004," by *H-Texas* magazine
A/V Rated by Martindale-Hubble

**MEMBERSHIPS**
State Bar of Texas
Houston Bar Association

2

# RICHARD J. (REX) BURCH
## BRUCKNER BURCH PLLC
5847 SAN FELIPE, SUITE 3900
HOUSTON, TEXAS 77057
(713) 877-8788 - Telephone
(713) 877-8065 - Facsimile
rburch@brucknerburch.com

Richard J. (Rex) Burch is a shareholder in the firm of Bruckner Burch PLLC. Bruckner Burch PLLC is A-V rated by Martindale-Hubble in the field of Labor & Employment law. At the firm, Mr. Burch's practice is focused on the litigation and defense of wage and hour class and collective actions. Mr. Burch is a member of the National Employment Lawyers Association - where he currently serves as a member of the Wage and Hour Committee. Mr. Burch has also served as an adjunct professor at the University of Houston Law Center, teaching a course in civil trial advocacy.

Mr. Burch's practice has allowed him to represent employers and employees in multi-party actions, as well as class and collective actions involving more than 1,000 plaintiffs. His cases have been featured in the American Bar Journal, National Law Journal, and various newspapers across the country. He is a published author on the subject of the Fair Labor Standards Act and has lectured on the topic of wage and hour class and collective actions. Mr. Burch was recently named a *Rising Star* of the Texas Labor & Employment bar, an honor bestowed on less than 3% of similarly situated lawyers. In addition, *Texas Lawyer* magazine named Mr. Burch one of the "Super Lawyers' of 2004.

**BAR MEMBERSHIP**

State Bar of Texas
United States District Court for the Southern District of Texas
United States District Court for the Eastern District of Texas

**LITIGATION EXPERIENCE**

Mr. Burch has served as lead counsel or co-lead counsel, in more than a two dozen collective actions under the Fair Labor Standards Act, including several cases involving more than 1,000 plaintiffs. *See, e.g., Owens v. GEICO,* Civil Action No. 3-03-CV-0620-M (N.D. Tex.) (nationwide FLSA collective action notice ordered May 20, 2003). Among others, Mr. Burch has been approved to serve as class counsel by the following federal judges: N. Atlas, L. Davis, R. Furgeson, V. Gilmore, M. Harmon, K. Hoyt, L. Hughes, S. Kent, S. Lake, B. Lynn, J. Rainey, and E. Werlein.



EXHIBIT C

Mr. Burch's reported decisions dealing with the litigation of wage and hour class/collective actions include:

- *Belt v. Emcare, Inc.*, 299 F.Supp.2d 664 (E.D.Tex. 2003).
- *Villatoro v. Kim Son Restaurant, L.P.*, 286 F.Supp.2d 807 (S.D.Tex. 2003).

RECENT PUBLICATIONS AND PRESENTATIONS

| ARTICLE / PRESENTATION | PUBLISHER/VENUE | DATE |
|---|---|---|
| Representative Actions under the Fair Labor Standards Act - Perspectives From Both Sides of the Bar | Houston Bar Association: Labor & Employment Section *Houston, Texas* | March 2004 |
| Protecting Employee Rights under the FLSA, FMLA & Equal Pay Act (Contributing Author) | National Employment Lawyers Association *San Francisco, California* | March 2003 |
| A Practitioner's Guide to Joint Employer Liability Under the FLSA | Houston Business and Tax Law Journal | December 2002 |
| Mastering the Trial Notebook in Texas (Contributing Author) | NBI, Inc. *Houston, Texas* | March 2002 |
| Trial Advocacy (Adjunct Professor) | University of Houston Law Center | Fall 2000 - Spring 2001 Semesters |

PROFESSIONAL ASSOCIATIONS

National Employment Lawyers Association - Wage & Hour Committee

Houston Bar Association - Labor & Employment Law Section

Houston Young Lawyers Association