UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **WENDALL MOYE,**<br>10809 Georgia Avenue, Apt. 202<br>Silver Springs, MD 20902<br><br>*Plaintiff,*<br><br>v.<br><br>**PRAMUKH SWAMI MANAGEMENT LLC d/b/a PRESIDENT INN,**<br>1600 New York Avenue N.E.<br>Washington D.C., 20002<br><br>**Serve on:**<br>Bhupendra M. Patel<br>6423 Morning Time Lane<br>Clarksville, Maryland 21029<br><br>*Defendant.* | Civil Action No. _____<br><br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS

Plaintiff Wendall Moye files this, his Certificate of Interested Parties, and respectfully names for the Court certain interested parties as follows:

1. Wendall Moye (Plaintiff)

2. Edwards Burns & Krider LLP (Plaintiff's Counsel)

3. Bruckner Burch PLLC (Plaintiff's Counsel)

4. Pramukh Swami Management LLC d/b/a President Inn (Defendant)

Plaintiff will amend this certificate as additional parties are added to this lawsuit.

1

Respectfully submitted,

*Steven A. Luxton* /SAL by pm

Steven A. Luxton
D.C. Federal Bar No. 470468
EDWARDS BURNS & KRIDER LLP
201 North Charles Street, Suite 1402
Baltimore, Maryland 21201
410.454.0012
410.454.0146 (facsimile)

ATTORNEYS FOR PLAINTIFF MOYE

OF COUNSEL:

Brady Edwards
Sandra Thourot Krider
Patrick K.A. Elkins
EDWARDS BURNS & KRIDER LLP
1000 Louisiana, Suite 1300
Houston, Texas 77002
713.339.3233
713.339.2233 (facsimile)

Rex Burch
BRUCKNER BURCH PLLC
5847 San Felipe, Suite 3900
Houston, Texas 77057
713.877.8788
713.877.8065 (facsimile)