1:06CV00509

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 5/15/06 @ 10:12 AM |
| NAME OF SERVER (PRINT) LATHAN LINTON | TITLE PPS |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: SDAT, 301 W. Preston St. Balt. MD 21201 per Rules 2-124t, R/A failed to respond, Avoided service/Refused

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL -0- Flat | SERVICES $75 Attempts /$45 MCA /$75 SDAT /$50 SDAT File | TOTAL $245.00 |

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/17/06

Signature of Server / BINSTED ASSOC.
1123 GRANDIN AVE.
ROCKVILLE, MD 20851-1337
(301) 251-1160

Address of Server

Attachments: Notice of Right to Consent to Trial before a US Magistrate
Plaintiff's Civil Cover Sheet
Original Complaint with Jury Demand
Blank Civil Cover Sheet (for Defendant)
Plaintiff's Certificate of Interested Persons
Plaintiff's Designation of Experts

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

WENDALL MOYE

**SUMMONS IN A CIVIL CASE**

V.

PRAMUKH SWAMI MANAGEMENT LLC
d/b/a PRESIDENT INN

CASE NUMBER   1:06CV00509

JUDGE: Richard W. Roberts

DECK TYPE: Labor/ERISA (non-employme)

DATE STAMP: 03/16/2006

TO: (Name and address of Defendant)

PRAMUKH SWAMI MANAGEMENT LLC d/b/a PRESIDENT
INN via its Registered Agent
Bhupendra M. Patel
6423 Morning Time Lane
Clarksville, Maryland 21029

*[handwritten notations: possible 12351 Pleasant View Dr. Fulton Md 20759; said by Dhanesh Patel 4/05 incorrect]*

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Steven A. Luxton
EDWARDS BURNS & KRIDER LLP
201 North Charles Street, Suite 1402
Baltimore, Maryland 21201
410.454.0012
410.454.0146 (facsimile)

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          MAR 16 2006
CLERK                                DATE

*/s/ Janitta Stewart-Cure*
(By) DEPUTY CLERK

**Maryland Department of Assessments and Taxation** 4

**Taxpayer Services Division**
301 West Preston Street  Baltimore, Maryland 21201

Main Menu | Security Interest Filings (UCC) | Business Entity Information (Charter/Personal Property) New Search | Get Forms | Certificate of Status | SDAT Home

## Taxpayer Services Division

### Entity Name: PRAMUKH SWAMI MANAGEMENT LLC
### Dept. ID #: W10290450

**General Information** | Amendments | Personal Property | Certificate of Status

| | |
|---|---|
| **Principal Office (Current):** | 6423 MORNING TIME LN<br>CLARKSVILLE, MD 21029 |
| **Resident Agent (Current):** | BHUPENDRA M PATEL<br>6423 MORNING TIME LN<br>CLARKSVILLE, MD 21029 |
| **Status:** | ACTIVE |
| **Good Standing:** | No |
| **Business Code:** | Other |
| **Date of Formation or Registration:** | 11/03/2004 |
| **State of Formation:** | MD |
| **Stock/Nonstock:** | N/A |
| **Close/Not Close:** | Unknown |

### Link Definition

| | |
|---|---|
| **General Information** | General information about this entity |
| **Amendments** | Original and subsequent documents filed |
| **Personal Property** | Personal Property Return Filing Information and Personal Property Assessments |
| **Certificate of Status** | Get a Certificate of Good Standing for this entity. |