UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **WENDALL MOYE,** | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 06-509 (RWR) |
| **PRAMUKH SWAMI MANAGEMENT LLC,** | ) ) ) | |
| Defendant. | ) ) | |

## ORDER TO SHOW CAUSE

Plaintiff filed this case on March 16, 2006. The docket indicates that plaintiff served defendant on May 15, 2006. The defendant has not filed an answer, yet plaintiff has not sought an entry of default nor moved for default judgment. Accordingly, it is hereby

ORDERED that on or before June 30, 2006, plaintiff shall show cause in writing why this case should not be dismissed for failure to prosecute.

SIGNED this 20th day of June, 2006.

                                   /s/
                          RICHARD W. ROBERTS
                          United States District Judge