UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **WENDALL MOYE,** | § § | |
| *Plaintiff,* | § § | Civil Action No. 06-CV-509 (RWR) |
| v. | § § | |
| **PRAMUKH SWAMI MANAGEMENT LLC d/b/a PRESIDENT INN,** | § § § | **JURY TRIAL DEMANDED** |
| *Defendant.* | § § | |

## STATUS REPORT

Plaintiff Wendall Moye ("Plaintiff") files this Status Report in response to the Order to Show Cause entered by the Court on June 20, 2006 and would show the Court as follows:

On June 20, 2006, the Court entered an order stating that answer to the original complaint to be filed by Defendant Pramukh Swami Management LLC d/b/a President Inn ("Defendant") was overdue. It also stated that Plaintiff had not yet sought an entry of default judgment. Based on these two facts, the Court ordered that Plaintiff show cause in writing why the case should not be dismissed for failure of prosecution. By this status report, Plaintiff would show cause in writing why this case should not be dismissed for failure of prosecution.

Plaintiff's counsel was recently contacted by attorney Stephen Kaufman. He informed Plaintiff's counsel that he had just been hired by Defendant to represent it in this matter. During this conversation, Plaintiff's counsel agreed to give Defendant an extension on filing an answer to the original complaint based on Defendant's counsel's statement that he was only recently hired to represent Defendant. It is Plaintiff's counsel's understanding that Defendant will be filing a Joint Stipulation to Extend Time to File Response to Complaint shortly, if it has not already been filed by the filing of this status report.

1

Plaintiff would show cause that this case should not be dismissed for failure of prosecution because Plaintiff and Plaintiff's counsel are proceeding to prosecute this matter. An entry for default judgment is not being sought because the parties have agreed to grant Defendant an extension to file its answer to Plaintiff's original complaint. Therefore, Plaintiff respectfully asks that the court not dismiss this case for failure of prosecution.

Respectfully submitted,

/s/ Steven A. Luxton
Steven A. Luxton
D.C. Federal Bar No. 470468
EDWARDS BURNS & KRIDER LLP
201 North Charles Street, Suite 1402
Baltimore, Maryland 21201
410.454.0012
410.454.0146 (facsimile)

ATTORNEY FOR PLAINTIFF MOYE

OF COUNSEL:

Brady Edwards
Sandra Thourot Krider
Patrick K.A. Elkins
EDWARDS BURNS & KRIDER LLP
1000 Louisiana, Suite 1300
Houston, Texas 77002
713.339.3233
713.339.2233 (facsimile)

Rex Burch
BRUCKNER BURCH PLLC
5847 San Felipe, Suite 3900
Houston, Texas 77057
713.877.8788
713.877.8065 (facsimile)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 21, 2006 a true and correct copy of the foregoing *Status Report* was served on the Defendant Pramukh Swami Management LLC d/b/a President Inn in accordance with the Federal Rules of Civil Procedure at the following addresses:

Stephen H. Kaufman
Offit Kurman, Attorneys at Law
8 Park Center Court, Suite 200
Owings Mills, MD  21117

ATTORNEY FOR DEFENDANT
PRAMUKH SWAMI MANAGEMENT
LLC D/B/A PRESIDENT INN

/s/ Steven A. Luxton
Steven A. Luxton