**RECEIVED**

JUN 2 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WENDALL MOYE | * | |
| Plaintiff, | * | |
| v. | * | Case No.: 1:06CV00509 RWR |
| PRAMUKH SWAMI MANAGEMENT, LLC, d/b/a PRESIDENT INN | * | |
| | * | |
| Defendant. | * | |
| | * | |

* * * * * * * * * * *

### JOINT STIPULATION TO EXTEND TIME TO FILE RESPONSE TO COMPLAINT.

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, the parties hereby stipulate to extend the deadline for Defendant to file a response to Plaintiff's Complaint to **Thursday, July 20, 2006.**

_____
Steven A. Luxton
D.C. Bar No. 470468
Edwards Burns & Krider LLP
201 North Charles Street, Suite 1402
Baltimore, Maryland 21201
(410) 454-0012 (office)
(410) 454-0146 (facsimile)
sluxton@ebkllp.com

Attorneys for Plaintiff

_____
Timothy M. Monahan
D.C. Bar No. 451831
Howard K. Kurman
Offit Kurman, P.A.
8 Park Center Court, Suite 200
Owings Mills, Maryland 21117
(443) 738-1500 (office)
(443) 738-1535 (facsimile)
tmonahan@offitkurman.com
hkurman@offitkurman.com

Attorneys for Defendant