## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WENDALL MOYE | * | |
| Plaintiff, | * | |
| v. | * | Case No.: 1:06CV00509 |
| PRAMUKH SWAMI MANAGEMENT, | * | |
| LLC, d/b/a PRESIDENT INN | | |
| | * | |
| Defendant. | | |
| | * | |
| *    *    *    *    * | *    *    *    *    *    * | |

## ORDER

Pursuant to the Joint Stipulation filed by the parties in the above-captioned case, it is this

_____ day of _____, 2006, ORDERED that:

Defendant shall have until **Thursday, July 20, 2006**, to file a responsive pleading

to the Complaint.



_____
Judge

I:\10\Moye - Stip of Extnsn 2 Answr.doc