IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WENDALL MOYE                              *

    Plaintiff,                        *

v.                                        *     Case No.: 1:06CV00509

PRAMUKH SWAMI MANAGEMENT,                 *
LLC, d/b/a PRESIDENT INN
                                          *
    Defendant.
                                          *

*   *   *   *   *   *   *   *   *   *   *

**ORDER**

Pursuant to the Joint Stipulation filed by the parties in the above-captioned case, it is this 30th day of June, 2006, ORDERED that:

Defendant shall have until **Thursday, July 20, 2006**, to file a responsive pleading to the Complaint.

_____
Judge

I:\10\Moye - Stip of Extnsn 2 Answr.doc