UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **WENDALL MOYE,** | § § § | |
| *Plaintiff,* | § § | Civil Action No. 06-CV-509 (RWR) |
| v. | § § | |
| **PRAMUKH SWAMI MANAGEMENT LLC d/b/a PRESIDENT INN,** | § § § § | **JURY TRIAL DEMANDED** |
| *Defendant.* | § | |

## ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

The Motion for Admission *Pro Hac Vice* seeking permission for Patrick K.A. Elkins to appear in this action as counsel for Wendall Moye, having been heard and considered,

**IT IS ORDERED** that Patrick K.A. Elkins is admitted to appear pro hac vice in the above-captioned case on behalf of Wendall Moye.

Signed this _____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE