UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **WENDALL MOYE,** | § | |
| | § | |
| *Plaintiff,* | § | Civil Action No. 06-CV-509 (RWR) |
| | § | |
| v. | § | |
| | § | |
| **PRAMUKH SWAMI MANAGEMENT** | § | **JURY TRIAL DEMANDED** |
| **LLC d/b/a PRESIDENT INN,** | § | |
| | § | |
| *Defendant.* | § | |

## DECLARATION OF PATRICK K.A. ELKINS
## IN SUPPORT OF MOTION FOR PRO HAC VICE

Pursuant to 28 U.S.C. § 1746, the undersigned declares as follows:

1. "My name is Patrick K.A. Elkins. I am over the age of 18, have never been convicted of a felony or a crime of moral turpitude, and am in all ways competent to attest to the facts set forth herein. The facts in this Declaration are within my personal knowledge and are true and correct.

2. "My full name is Patrick Kenneth-Allen Elkins. I am an attorney with the firm Edwards Burns & Krider, LLP. My office address is 1000 Louisiana, Suite 1300, Houston, Texas 77002. Our telephone number is 713.339.3233 and our facsimile number is 713.339.2233.

3. "I have been admitted to State Bar of Texas, the United States Court of Appeals for the Fifth Circuit, and the United States District Courts for the Eastern, Northern, and Southern Districts of Texas. I have also been admitted to the United States District Court for the Western District of Texas; however, I have not been officially sworn in that district.

4. "I certify that I have never been have not been disciplined by any bar or court.

1

5. "I have never previously been admitted *pro hac vice* to this Court. However, contemporaneously with the filing of this motion for *pro hac vice* I am filing to be admitted *pro hac vice* in two other cases."

6. "I do not practice law from an office located in the District of Columbia, I am not a member of the District of Columbia Bar nor do I have a pending application for membership to the District of Columbia Bar.

7. "I swear under penalty of perjury that the foregoing is true and correct."

**DATED: AUGUST 9, 2006**

*/s/ Patrick Elkins*
**PATRICK K.A. ELKINS**