UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

WENDALL MOYE,                              §
                                          §
            *Plaintiff*,                   §          Civil Action No. 06-CV-509 (RWR)
                                          §
v.                                        §
                                          §
PRAMUKH SWAMI MANAGEMENT                   §          **JURY TRIAL DEMANDED**
LLC d/b/a PRESIDENT INN,                   §
                                          §
            *Defendant*.                   §

## ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

The Motion for Admission *Pro Hac Vice* seeking permission for Patrick

K.A. Elkins to appear in this action as counsel for Wendall Moye, having been heard and

considered,

**IT IS ORDERED** that Patrick K.A. Elkins is admitted to appear pro hac

vice in the above-captioned case on behalf of Wendall Moye.

Signed this _____ day of _____, 2006.


_____
UNITED STATES DISTRICT JUDGE