IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WENDALL MOYE | * | |
| Plaintiff, | * | |
| v. | * | Case No.: 1:06CV00509 (RWR) |
| PRAMUKH SWAMI MANAGEMENT, LLC, d/b/a PRESIDENT INN | * | |
| | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \*

## DEFENDANT'S MOTION FOR ADMISSION PRO HAC VICE

Pursuant to LCvR 83.2 (d), Defendant, through its undersigned counsel, hereby moves this Honorable Court to enter an order granting permission for Stephen H. Kaufman to appear and participate in the above-captioned case *pro hac vice*. Attorney Kaufman would act as co-counsel along with undersigned counsel in this case. A declaration in support of this motion is attached hereto and incorporated herein by reference.

/s/
_____
Timothy M. Monahan
D.C. Bar No. 451831
Offit Kurman, P.A.
8171 Maple Lawn Boulevard, Suite 200
Fulton, Maryland 21117
(443) 738-1500 (office)
(443) 738-1535 (facsimile)
tmonahan@offitkurman.com
Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of October, 2006, a copy of the foregoing Motion was served via first class mail, postage prepaid to the following persons:

Steven A. Luxton, Esq.
Edwards Burns & Krider, LLP
201 North Charles Street, Suite 1402
Baltimore, Maryland 21201

Patrick Kenneth-Allen Elkins, Esq.
Edwards Burns & Krider, LLP
1000 Louisiana, Suite 1300
Houston, Texas 77002

/s/
_____
Timothy M. Monahan