IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WENDALL MOYE                           *

    Plaintiff,                     *

v.                                     *    Case No.: 1:06CV00509 (RWR)

PRAMUKH SWAMI MANAGEMENT,              *
LLC, d/b/a PRESIDENT INN
                                       *

    Defendant.
                                       *
*    *    *    *    *    *    *    *    *    *    *

**<u>DECLARATION OF STEPHEN H. KAUFMAN IN SUPPORT OF
DEFENDANT'S MOTION FOR ADMISSION PRO HAC VICE</u>**

Pursuant to 28 U.S.C. § 1746 and LCvR 83.2(d), the undersigned declares as follows:

1. My full name is Stephen Henry Kaufman.

2. My office address and telephone number are: 8 Park Center Court, Suite 200, Owings Mills, Maryland 21117; (443) 738-1511.

3. I am admitted to the bar in the State of Maryland and the Commonwealth of Pennsylvania, but presently voluntarily inactive in Pennsylvania.

4. I have never been disciplined by any bar in which I practice.

5. At no time in the last five (5) years have I been admitted to practice law in this Court.

6. I do not engage in the practice of law from an office located in the District of Columbia; I am not a member of the District of Columbia Bar; and I do not have an application pending for membership in the District of Columbia Bar.

[Signature on next page]

I declare under penalty of perjury that the foregoing is true and correct.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Stephen H. Kaufman