# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

WENDALL MOYE                                    *

       Plaintiff,                            *

      v.                                      *        Case No.: 1:06CV00509 (RWR)

PRAMUKH SWAMI MANAGEMENT,                       *

LLC, d/b/a PRESIDENT INN

                                                  *

      Defendant.                            *

*    *    *    *    *    *    *    *    *    *    *

## ORDER GRANTING DEFENDANT'S MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Defendant's Motion for Admission Pro Hac Vice seeking permission for Stephen H. Kaufman to appear in this action to represent Defendant, and any opposition thereto, it is this _____ day of _____, 2006, **ORDERED** that:

Stephen H. Kaufman is admitted to appear *pro hac vice* in the above-captioned case on behalf of Defendant.

 

 

_____
Richard W. Roberts
United States District Judge

I:\10\100846\001\86\Moye - Mot to Substitute Counsel.doc