
**Offit | Kurman**
Attorneys At Law

Writer's Direct Dial: (443) 738-1511<br>
Writer's Email: skaufman@offitkurman.com<br>
Please Respond to the Baltimore County Office

October 16, 2006

VIA ELECTRONIC FILING

The Honorable Richard W. Roberts
United States District Court for the
 District of Columbia
333 Constitution Ave., NW
Washington, DC  20001

    Re:    **Wendell Moye v. Pramukh Swami Management LLC d/b/a/ President Inn**
             **Case No.: 06-CV-509 (RWR)**

Dear Judge Roberts:

    Please be advised that the parties in the above-referenced case have conferred in accordance with LCvR 16.3 and have reached a settlement. We expect the settlement agreement to be signed by the parties this week. I understand that Plaintiff's counsel notified you of this arrangement last week.

    In light of the settlement, the initial scheduling conference scheduled for October 23, 2006, at 3:45 p.m. should be cancelled.

    Thank you for your assistance in this case. Please contact me if you have any questions.

                        Sincerely,

                        Stephen H. Kaufman

                        Timothy M. Monahan

cc:    Ms. Linda Romero, Courtroom Deputy Clerk

I:\10\100846\001\01\Status Report 10-16-06.doc