# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WENDALL MOYE | * | |
| Plaintiff, | * | |
| v. | * | Case No.: 1:06CV00509 (RWR) |
| PRAMUKH SWAMI MANAGEMENT, LLC, d/b/a PRESIDENT INN | * | |
| | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \*

## STATUS REPORT

The parties in the above-referenced case have conferred in accordance with LCvR 16.3 and have reached a settlement. Plaintiff has already executed the settlement agreement.

In light of the settlement, please cancel the scheduling conference on October 23, 2006, at 3:45 p.m.

/s/
_____
Timothy M. Monahan
D.C. Bar No. 451831
Stephen H. Kaufman
Offit Kurman, P.A.
8 Park Center Court, Suite 200
Owings Mills, Maryland 21117
(443) 738-1500 (office)
(443) 738-1535 (facsimile)
tmonahan@offitkurman.com
hkurman@offitkurman.com

Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of October, 2006, a copy of the foregoing Status Report was sent via electronic mail to: Steven A. Luxton, Edwards, Esquire, Burns & Krider, LLP, 201 North Charles Street, Suite 1402, Baltimore, Maryland 21201, sluxton@ebkllp.com, and Patrick K.A. Elkins, Esq., Edwards, Burns & Krider, LLP, 1000 Louisiana, Suite 1300, Houston, Texas 77002, pelkins@ebkllp.com, Attorneys for Plaintiff.

                                                  /s/
                                      _____
                                      Timothy M. Monahan

I:\10\100846\001\85\Status Report.doc