UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| WENDALL MOYE, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 06-509 (RWR) |
| PRAMUKH SWAMI MANAGEMENT LLC, | ) ) ) | |
| Defendant. | ) ) | |

**ORDER**

The parties have reached a settlement. Therefore, it is hereby

ORDERED that the complaint be, and hereby is, DISMISSED.

SIGNED this 19th day of October, 2006.

_____
RICHARD W. ROBERTS
United States District Judge