IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WENDALL MOYE | * | |
| Plaintiff, | * | |
| v. | * | Case No.: 1:06CV00509 |
| PRAMUKH SWAMI MANAGEMENT, LLC, d/b/a PRESIDENT INN | * | |
| | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \*

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Dear Clerk:

The parties, by and through their undersigned attorneys, hereby dismiss the above-captioned action **with prejudice**.

Respectfully submitted,

/s/

Steven A. Luxton
D.C. Bar No.470468
Patrick K.A. Elkins
Edwards Burns & Krider, LLP
201 North Charles Street, Suite 1402
Baltimore, Maryland 21201
(410) 454-0012 (office)
(410) 454-0146 (facsimile)
sluxton@ebkllp.com
pelkins@ebkllp.com

Attorneys for Plaintiff

/s/

Timothy M. Monahan
D.C. Bar No. 451831
Stephen H. Kaufman
Offit Kurman, P.A.
8171 Maple Lawn Boulevard
Suite 200
Maple Lawn, Maryland 20759
(443) 738-1500 (office)
(443) 738-1535 (facsimile)
tmonahan@offitkurman.com
skaufman@offitkurman.com

Attorneys for Defendant